# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
JOHNSON CONTROLS FIRE                 *
PROTECTION, LP,                       *
                                      *
            Plaintiff,                *
                                      *   No. 20-702C
      v.                              *   Filed: September 17, 2020
                                      *
UNITED STATES,                        *
                                      *
            Defendant.                *
* * * * * * * * * * * * * * * * * *   *
```

**O R D E R**

The court is in receipt of the plaintiff's September 17, 2020 Notice of Voluntary Dismissal. Pursuant to Rule 41(a)(1)(A) of the Rules of the United States Court of Federal Claims (2020), the court **ORDERS** that the above-captioned case be **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**